IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
MAY 03 2023
CLERK, U.S DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:23 CR 242 |
| DALLAS SCOTT, | ) Title 18 United States Code, Sections 922(a)(6) and 924(a)(2) |
| Defendant. | ) JUDGE HELMICK |

COUNT 1
(False Statement During Purchase of a Firearm, 18 U.S.C. §§ 922(a)(6) and 924(a)(2))

The Grand Jury charges:

On or about October 2, 2020, in the Northern District of Ohio, Western Division, Defendant DALLAS SCOTT, in connection with the attempted acquisition of a firearm, to wit: a Springfield Armory AR-style pistol, bearing serial number ST292448, from Towers Armory, Toledo, Ohio, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement, which was intended to deceive Towers Armory, as to a fact material to the lawfulness of such sale of said firearm to Defendant under chapter 44 of Title 18, in that Defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that he was the actual buyer of the firearm indicated on the Form 4473, when in fact

ORIGINAL

as Defendant then knew, he was not the actual buyer of the firearm; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.